IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>STEVEN SAINSBURY,<br><br>  Defendant. | 8:21CR232<br><br>**ORDER** |

This matter is before the court on the motion of Assistant Federal Public Defender Julie B. Hansen and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Steven Sainsbury. (Filing No. 34). Julie B. Hansen represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Julie B. Hansen's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 34) is granted.

James K. McGough, 11920 Burt Street, Suite 100, P.O. Box 540186, Omaha, NE 68154, (402) 614-8655, is appointed to represent Steven Sainsbury for the balance of these proceedings pursuant to the Criminal Justice Act. Julie B. Hansen shall forthwith provide James K. McGough with the discovery materials provided the defendant by the government and such other materials obtained by Julie B. Hansen which are material to Steven Sainsbury's defense.

The clerk shall provide a copy of this order to James K. McGough and the defendant.

Dated this 8th day of September, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge