IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LEYVA-MARTINEZ, and<br>STEVEN SAINSBURY,<br><br>Defendants. | 8:21CR232<br><br>FINAL ORDER<br>OF FORFEITURE |

This matter is before the Court on the government's Motion for Final Order of Forfeiture (Filing No. 122). The Court has carefully reviewed the record in this case and finds as follows:

1. On January 30, 2023, the Court entered a Preliminary Order of Forfeiture (Filing No. 104) forfeiting defendants Jose Leyva-Martinez and Steven Sainsbury's, interests in the following Property:

    a.     $5,744 in United States currency seized from 3810 S. 13th Street, Omaha, Nebraska, on or about June 24, 2021;

    b.     Glock 10mm handgun seized from 3810 South 13th Street, Omaha, Nebraska, on or about June 24, 2021;

    c.     Astra 9mm handgun seized from 4309 South 62nd Street, Omaha, Nebraska on June 24, 2021;

    d.     Gray 2019 Toyota Tacoma, VIN 3TMDZ5BN9KM062199, seized from Jose Leyva-Martinez on June 24, 2021;

    e.     Black 2014 GMC Sierra 1500, VIN 1GTN1TEC0EZ304701, seized from 4309 S. 62nd Street, Omaha, Nebraska on June 24, 2021;

    f.     $468,990 in United States currency seized from 4309 South 62nd Street, Omaha, Nebraska on June 24, 2021;

    g.     The piece of real property located at: 4309 S. 62nd Street, Omaha, Nebraska, 68117; and more particularly described as: Parcel #2531220826, Western Add Lot 163 Block 0 Irreg, an addition to the

City of Omaha, as surveyed, platted and recorded in Douglas County, Nebraska.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on January 31, 2023, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on May 8, 2023 (Filing No. 121).

3. The government has advised the Court that no Petitions have been filed. A review of the record supports that assertion.

4. The government's Motion for Final Order of Forfeiture should be granted.

In light of the foregoing,

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture (Filing No. 122) is granted.
2. All right, title and interest in and to the Property, held by any person or entity are forever barred and foreclosed.
3. The Property is forfeited to the government.
4. The government is directed to dispose of the Property in accordance with law.

Dated this 16th day of May 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge