IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JOSE LEYVA-MARTINEZ and<br>STEVEN SAINSBURY,<br><br>        Defendants. | 8:21CR232<br><br>EXECUTION OF EJECTMENT TO<br>THE UNITED STATES MARSHAL |

WHEREAS, the United States of America recovered judgment against Jose Leyva-Martinez and Steven Sainsbury, and said judgment was rendered before the District Court for the District of Nebraska on March 31, 2023, and May 16, 2023, for possession of the property located at 4309 S. 62nd, Omaha, Nebraska, more fully described as:

> Parcel #2531220826, Western Add Lot 163 Block 0 Irreg, an addition to the city of Omaha, as surveyed, platted and recorded in Douglas County, Nebraska.

YOU ARE HEREBY COMMANDED to cause the plaintiff to have the seizure and peaceable possession of the above-described premises, and to put and eject the defendants, Jose Leyva-Martinez and Steven Sainsbury and all other occupants known and unknown out of the possession thereof, and to put the United States through the U.S. Marshals Service into the peaceable and quiet possession thereof on or before the 11th day of September, 2023.

You shall make return of this Writ, according to law, within the next sixty days.

ORDERED this  30th  day of August 2023.

BY THE COURT:

_____
Robert F. Rossiter, Jr.
Chief United States District Court Judge